IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff-Respondent.**

**v.**                                                         CIV-05-1294 JC/LAM  
                                                               CR- 03-0771 JC

**EVERETT GEROD JACKSON,**

    **Defendant-Movant,**

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (*Doc. 10*)

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* (*Doc. 10*), filed on July 6, 2007. No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the Magistrate Judge's *Proposed Findings and Recommended Disposition* (*Doc. 10*), deny Defendant-Movant Jackson's *Motion Undbr [sic] 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody* (*Doc. 1*), without an evidentiary hearing, and dismiss this case with prejudice.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's *Proposed Findings and Recommended Disposition* (*Doc. 10*) are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Defendant-Movant Jackson's *Motion Undbr [sic] 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody* (*Doc. 1*) is **DENIED** without an evidentiary hearing.

**IT IS FURTHER ORDERED** that a final judgment dismissing this case and all of Defendant-Movant Jackson's claims, with prejudice, be entered concurrently with this order.

**IT IS SO ORDERED**.

                                            s/John Edwards Conway

                                            _____
                                            **JOHN EDWARDS CONWAY**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**